

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2014

No. 04-14-00147-CR

David Q. **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CR-0563
The Honorable Angus McGinty, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED.

It is so **ORDERED** on April 30, 2014.

_____
Rebecca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2014.

_____
Keith E. Hottle, Clerk